# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>           Plaintiff,<br><br>vs.<br><br>LINDA NEAL, et al.,<br><br>           Defendants. | 2:08-CV-01713- PMP-GWF<br><br>**ORDER** |

**IT IS ORDERED that** Plaintiff Michael Hicks' Motion for Reconsideration Order Adopting Magistrate's Findings and Recommendations (Doc. #16), filed on June 9, 2009, is DENIED, and that this Court's Order (Doc. #14) entered May 28, 2009, is hereby Affirmed.

DATED: September 8, 2009.

_____
PHILIP M. PRO
United States District Judge